United States District Court
Southern District of Texas
**ENTERED**
May 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON PILOTS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01801 |
| GALVESTON-TEXAS CITY PILOTS, *et al.*, | § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on April 29, 2025. Doc. #8. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue (Doc. #7) is hereby DENIED WITHOUT PREJUDICE.

It is so ORDERED.

MAY 15 2025
Date

The Honorable Alfred H. Bennett
United States District Judge